IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NOONAN & LIEBERMAN, LTD.,<br><br>Defendant. | Case No.: 11 C 14<br><br>Judge Rudolph T. Randa |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Maxum Indemnity Company, and Defendant, Noonan & Lieberman, Ltd., stipulate to the voluntary dismissal of this action as between all parties with prejudice, each party to bear its own costs.

/s/ Daniel J. Cunningham
Daniel J. Cunningham
TRESSLER LLP
233 South Wacker Drive
22nd Floor
Chicago, Illinois 60606-6308
Counsel for Plaintiff

/s/ Michael L. Hahn
Michael L. Hahn
LITCHFIELD CAVO
303 W. Madison
Suite 300
Chicago, IL 60606-3300
Counsel for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NOONAN & LIEBERMAN, LTD.,<br><br>Defendant. | Case No.: 11 C 14<br><br>Judge Rudolph T. Randa |

**CERTIFICATE OF SERVICE**

I, Daniel J. Cunningham, attorney for Maxum Indemnity Company, hereby certify that on the date below, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| April 6, 2012 | /s/ Daniel J. Cunningham |

Daniel J. Cunningham
Tressler LLP
233 South Wacker Drive – 22nd Floor
Chicago, Illinois 60606
312.627.4000
312.627.1717 (fax)

*Attorneys for Plaintiff Maxum Indemnity Company*